Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDUL AZEEM NAVEED MOHAMMED,<br><br>Defendant. | No.  6:20-po-00273-JDP<br><br>STIPULATION TO VACATE INITIAL APPEARANCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON |
|---|---|

    IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer, for the National Park Service, and Abdul Azeem Naveed MOHAMMED, by and through his attorney, Benjamin A. Gerson, appearing specially, that the initial appearance in the above-captioned matter set for August 18, 2020 be vacated.  The Government agrees citation number 7577580 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150, plus the $30 processing fee. The government does not object to allowing the defendant to attend traffic school.

    Dated:  June 2, 2020                                /S/ Sean O. Anderson
                                                              Sean O. Anderson
                                                              Acting Legal Officer
                                                              Yosemite National Park

1 | Dated:  June 2, 2020                    /S/      Benjamin A Gerson
2 |                                          Benjamin A. Gerson
  |                                          Attorney for Defendant
3 |                                          Abdul Azeem Naveed Mohammed

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 18, 2020 initial appearance for *United States v. Mohammed*, Case 6:20-po-00273-JDP, is vacated.

IT IS SO ORDERED.

Dated:   June 3, 2020                               _____
                                                                  UNITED STATES MAGISTRATE JUDGE

3